# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

KRISTIN LEE CALDWELL

Case No.     6:16CR60005-001
USM No.     24791-009

Ben Hooten
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   2, 5, 8, 9, and 10   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two | Standard Condition No. 1: Leaving the judicial district without permission | 10/01/2016 |
| Five | Special Condition No. 1: Positive drug tests | 01/17/2017 |
| Eight | Standard Condition No. 9: Associating with a convicted felon without permission | 12/21/2016 |
| Nine | Standard Condition No. 9: Associating with a convicted felon without permission | 12/21/2016 |
| Ten | Standard Condition No. 9: Associating with a convicted felon without permission | 12/21/2016 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)   1, 3, 4, 6, and 7   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   6765

Defendant's Year of Birth:   1981

City and State of Defendant's Residence:
Hot Springs, Arkansas

February 12, 2018
Date of Imposition of Judgment

/s/ Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, U.S. District Judge
Name and Title of Judge

February 13, 2018
Date

DEFENDANT: KRISTIN LEE CALDWELL
CASE NUMBER: 6:16CR60005-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Time Served, approximately 264 days, with no supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL